IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01581–KMT

LARRY DONNELL BOGARD,

      Plaintiff,

v.

MRS. R.L. HUTCHINGS,

      Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Reply to Defendant's Objections to Plaintiff's Fourth Set of Interrogatories" (Doc. No. 66, filed September 3, 2013) is construed a motion to compel and is **DENIED**. First, Plaintiff failed to comply with Fed. R. Civ. P. 37 and D.C.COLO.LCivR 37.1. Second, Plaintiff's Fourth Set of Interrogatories was sent to Defendant beyond the deadline set by this Court for serving discovery. (*See* Doc. No. 47 at 2.) Finally, discovery in this matter is stayed pending ruling this Court's ruling on Defendant's Motion to Dismiss.

Plaintiff's "Motion Requesting for All Discovery and Extension of Time" (Doc. No. 65, filed August 30, 2013) is **GRANTED in part**. Plaintiff cannot rely on any extrinsic evidence garnered from discovery for the purposes of responding to the pending dispositive motion. Defendant's motion for judgment on the pleadings is a question of law that the Court will assess in accordance with the claims alleged in the Complaint. *Archuleta v. Wagner*, 523 F.3d 1278, 1281 (10th Cir. 2008). Moreover, Defendant's motion to dismiss for lack of jurisdiction is entirely based upon a question of law, namely whether the Court has jurisdiction to issue injunctive and declaratory relief for a prisoner who is not in this jurisdiction. The pending motion to dismiss for lack of jurisdiction "facially[s] attack the complaint's allegations as to the existence of subject matter jurisdiction." *Maestas v. Lujan*, 351 F.3d 1001, 1013 (10th Cir. 2003) (citing *Stuart v. Colo. Interstate Gas Co.*, 271 F.3d 1221, 1225 (10th Cir. 2001)). "In reviewing a facial attack on the complaint, a district court must accept the allegations in the complaint as true." *Holt v. United States*, 46 F.3d 1000, 1002 (10th Cir. 1995) (citing *Ohio Nat'l Life Ins. Co v. United States*, 922 F.2d 320, 325 (6th Cir. 1990)). Therefore, there is no need for

Plaintiff to conduct discovery before filing a response to the Motion to Dismiss.  Nevertheless, Plaintiff is granted and extension to and including **October 7, 2013**, to file his response to the Motion to Dismiss.

Dated: September 16, 2013