**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01581-KMT

LARRY DONNELL BOGARD,

    Plaintiff,

v.

MRS. R.L. HUTCHINGS,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Doc. No. 89, filed March 12, 2014 ]of Magistrate Judge Kathleen M. Tafoya, it is

ORDERED that "Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) & Fed. R. Civ. P. 12( c )" (Doc. No. 63) is GRANTED as follows:

1. Plaintiff's First Amendment claim for damages is dismissed with prejudice;
2. Plaintiff's claims for injunctive relief are dismissed without prejudice for lack of jurisdiction;
3. Defendant is entitled to qualified immunity;
4. This case is dismissed in its entirety, and all other pending motions are denied as moot; and
5. Judgment shall enter on behalf of Defendant and against Plaintiff.

Dated at Denver, Colorado this 12th day of March, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        s/Nicholas Richards
                                        Nicholas Richards
                                        Deputy Clerk